IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THEODORE B. SAVAGE, et al. :
    Plaintiffs,
                                                   CIVIL ACTION
v. : NO. 05-2551

CHUCKY JUDGE, et al.
    Defendants. :

## ORDER

AND NOW, this 8th day of July, 2009, upon consideration of: Commonwealth Defendants' Motion for Summary Judgment and Statement of Facts (Doc. Nos. 84 & 85); Plaintiffs' Memorandum in Response to Defendants' Motion for Summary Judgment (Doc. No. 100); Plaintiffs' Supplemental Brief in Opposition to Defendants' Motion for Summary Judgment (Doc. No. 104); Commonwealth Defendants' Reply to Plaintiffs' Response in Opposition to Their Motion for Summary Judgment (Doc. No. 105); and, Supplemental Affidavit of Theodore B. Savage, J.D. and Edward K. Abraham in Response to the Commonwealth Defendants' Statement of Facts (Doc. No. 106), it is hereby ORDERED and DECREED that:

    (1) Defendants' Motion is GRANTED as to Plaintiffs' Conspiracy claims and Plaintiff Savage's Excessive Force claim; and,

    (2) Defendants' Motion is DENIED on all other grounds.

BY THE COURT:

/s/ C. Darnell Jones  II      J.